PYBURN & ODOM, INC.,
Plaintiff-Appellant,

v.

MONTGOMERY WATSON
AMERICAS, INC., De-
fendant-Appellee,

No. 03–30477.

United States Court of Appeals,
Fifth Circuit.

DECIDED: March 31, 2004.

Ricardo A. Aguilar, Edward Louis Fen-asci, McGlinchey Stafford, New Orleans, LA, for Plaintiff-Appellant.

Robert N. Markle, William James Kelly, III, Adams & Reese, New Orleans, LA, for Defendant-Appellee.

Before JONES, DENNIS and PICKERING, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, oral arguments and pertinent parts of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.